JARED A. VELIZ (SBN: 276191)
LORRIE A. WALKER (SBN: 272637)
ALICE F. WARGO (SBN: 347861)
WALKER LAW, PC
2247 San Diego Ave., Suite 136
San Diego, CA 92110
Tel: (619) 839-9978
jared@walkerlawsd.com
lorrie@walkerlawsd.com
alice@walkerlawsd.com

Attorneys for Plaintiff JURAMAY OLIVA

PAUL M. GLEASON (SBN: 155569)
DAVID H. DANNING (SBN: 354477)
GLEASON & FAVAROTE, LLP
3646 LONG BEACH BLVD., STE. 203
LONG BEACH, CA 90807
(213) 452-0510 Telephone
(213) 452-0514 Facsimile
pgleason@gleasonfavarote.com
ddanning@gleasonfavarote.com

Attorneys for Defendants CORECIVIC, INC.,
CORECIVIC, LLC and CORECIVIC OF TENNESSEE, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JURAMAY OLIVA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., a Maryland corporation; CORECIVIC, LLC, a Delaware limited liability company; CORECIVIC OF TENNESSEE, LLC, a Tennessee limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:24-cv-00446-JES-MSB<br><br>**JOINT MOTION TO CONTINUE FACT DISCOVERY, EXPERT DISCOVERY, MANDATORY SETTLEMENT CONFERENCE, MOTION FILING CUT-OFF, AND RELATED DEADLINES**<br><br>Judge: Hon. James E. Simmons, Jr.<br>Ctrm: 4B<br>Mag: Hon. Michael S. Berg<br>Ctrm: 2C<br><br>State Action Filed: February 2, 2024<br>Removal Filed: March 6, 2024<br>Trial Date: none |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

The Parties to the above-captioned matter, by and through their attorneys of record, HEREBY STIPULATE AND AGREE as follows:

WHEREAS, on October 4, 2024, the Court issued an Order Granting Joint Motion to Continue Fact Discovery, Expert Discovery, Mandatory Settlement Conference, Motion Filing Cut-Off, and Related Deadlines ("Order") (ECF 18); and

WHERAS, with the approval of the Court, the Parties agreed to complete specified depositions by January 31, 2025; and

WHEREAS, Defendants have completed the deposition of Plaintiff and Plaintiff has completed the depositions of Warden Christopher LaRose, Todd Thomas, Sara Cartwright and Ronald Charpentier; and

WHEREAS, Defendants intend to take one additional deposition (Windi Reyes) and Plaintiff intends to take seven additional depositions (Kristin Higbee, Dr. Rae Patterson, Deniris Collazo, Magdelena Gonzalez and PMKs of CoreCivic, Inc., CoreCivic, LLC and CoreCivic of Tennessee, LLC); and

WHEREAS, on January 10, 2025, Plaintiff made a settlement demand on Defendants, which, although rejected by Defendants, resulted in an agreement by the Parties to submit this matter to private mediation; and

WHEREAS, the Parties have agreed to submit this matter to private mediation with private mediator Gail Glick on March 13, 2025, which is her first available date; and

WHEREAS, to allow the Parties to focus on potential settlement of this matter through private mediation and avoid the additional time and expense of additional depositions unless and until settlement through private mediation fails, WHEREAS, the Parties agree there is good cause to continue the deadlines in this matter as set forth herein.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that the dates in the Order should be continued as follows:

1.

| Date/Deadline | Current Date | New Date |
|---|---|---|
| Fact Discovery | December 31, 2025[1] | May 2, 2025 |
| Expert Designations | January 31, 2025 | June 6, 2025 |
| Rebuttal Expert Designations | February 14, 2025 | June 20, 2025 |
| Rule 26(a)(2)(A) and (B) Disclosures | February 28, 2025 | July 7, 2025 |
| Rule 26(a)(2)(D) Disclosures | March 14, 2025 | August 12, 2025 |
| Expert Discovery Cut-off | April 18, 2025 | September 19, 2025 |
| Pretrial Motion Filing Deadline | May 19, 2025 | October 20, 2025 |
| Confidential Settlement Statements | July 30, 2025 | December 30, 2025 |
| Mandatory Settlement Conference | August 6, 2025 at 9:30 AM | January 6, 2026 at 9:30 AM |
| Memoranda of Contentions of Fact and Law | August 19, 2025 | January 19, 2026 |
| Pretrial Disclosures | August 19, 2025 | January 19, 2026 |
| Local Rule 16.1(f)(4) Stipulations and Agreements | August 26, 2025 | January 26, 2026 |

---

[1] With agreement by Parties approved by Court to complete specified depositions and other discovery by January 31, 2025.

| Date/Deadline | Current Date | New Date |
|---|---|---|
| Plaintiff's Counsel to provide Proposed Pretrial Order | September 2, 2025 | February 3, 2026 |
| Final Pretrial Order and Rule 26(a)(e) Pretrial Disclosures | September 9, 2025 | February 10, 2026 |
| Final Pretrial Conference | September 17, 2025 at 1:30 PM | February 17, 2026 at 1:30 PM |

Dated: January 22, 2025

WALKER LAW, PC
JARED A. VELIZ
JUSTIN O. WALKER
ALICE F. WARGO

By: /s/ Jared A. Veliz
Jared A. Veliz

Attorneys for Plaintiff JURAMAY OLIVA

Dated: January 22, 2025

GLEASON & FAVAROTE, LLP
PAUL M. GLEASON

By: /s/ Paul M. Gleason[2]
Paul M. Gleason

Attorneys for Defendants CORECIVIC, INC., CORECIVIC, LLC and CORECIVIC OF TENNESSEE, LLC

---

[2] All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# PROOF OF SERVICE

I, Paul M. Gleason, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is Gleason & Favarote, LLP, 3646 Long Beach Blvd., Suite 203, Long Beach, CA 90807.

On January 22, 2025, I served a copy(ies) of the following document(s): **JOINT MOTION TO CONTINUE FACT DISCOVERY, EXPERT DISCOVERY, MANDATORY SETTLEMENT CONFERENCE, MOTION FILING CUT-OFF, AND RELATED DEADLINES** on the parties to this action as follows:

| Attorney | Party(ies) Served | Method of Service |
|---|---|---|
| Jared A. Veliz<br>Justin O. Walker<br>Alice F. Wargo<br>WALKER LAW, PC<br>2247 San Diego Ave., Suite 136<br>San Diego, CA 92110<br>jared@walkerlawsd.com<br>justin@walkerlawsd.com<br>alice@walkerlawsd.com<br>Tel: (619) 839-9978 | Attorneys for Plaintiff JURAMAY OLIVA | CM/ECF SYSTEM |

☒ [BY CM/ECF SYSTEM] I caused the above-referenced document(s) to be sent by electronic transmission to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in this case.

I declare that I am a member of the bar of this court. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct, and that this declaration was executed on January 22, 2025, at Long Beach, California.

/s/ Paul M. Gleason
Paul M. Gleason