1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10

11   JURAMAY OLIVA,                          Case No.:  24cv446-JES (MSB)

12                           Plaintiff,      **ORDER GRANTING SECOND JOINT MOTION TO CONTINUE DEADLINES [ECF NO. 22]**

13   v.

14   CORECIVIC, INC., et al.,

15                           Defendants.

16

17

18          Before the Court is the parties' Joint Motion to Continue Fact Discovery, Expert

19   Discovery, Mandatory Settlement Conference, Motion Filing Cut-Off, and Related

20   Deadlines ("Joint Motion").  (ECF No. 22.)  The Joint Motion asks the Court to continue

21   remaining deadlines from the April 24, 2024 Scheduling Order [ECF No. 11 ("Scheduling

22   Order")].  In it, the parties explain that they have made significant progress in discovery

23   and agreed to engage in private mediation.  (Id. at 1.)  The parties also request an

24   extension for fact discovery, despite the deadline passing, because they each intend on

25   conducting more depositions.  (Id.)  During a conference call with Magistrate Judge

26   Michael S. Berg, the Court allowed the parties to continue with limited discovery after

27   the deadline passed.  (Id.)  Because the Court is continuing most of the other deadlines,

28

it will continue the fact discovery deadline for the depositions, but written discovery remains closed.

Accordingly, the Court finds good cause and **GRANTS** the joint motion as follows:

| Date/Deadline | Current Date | New Date |
|---|---|---|
| Fact Discovery Cut-off | December 31, 2024 | May 2, 2025 **for depositions only** |
| Expert Designations | January 31, 2025 | June 6, 2025 |
| Rebuttal Expert Designations | February 14, 2025 | June 20, 2025 |
| Rule 26(a)(2)(A) and (B) Disclosures | February 28, 2025 | July 7, 2025 |
| Rule 26(a)(2)(D) Disclosures | March 14, 2025 | August 12, 2025 |
| Expert Discovery Cut-off | April 18, 2025 | September 19, 2025 |
| Pretrial Motion Filing Deadline | May 19, 2025 | October 20, 2025 |
| Confidential Settlement Statements | July 30, 2025 | December 30, 2025 |
| Mandatory Settlement Conference | August 6, 2025 at 9:30 a.m. | January 6, 2026 at 9:30 a.m. |
| Memoranda of Contentions of Fact and Law | August 19, 2025 | January 19, 2026 |
| Pretrial Disclosures | August 19, 2025 | January 19, 2026 |
| Local Rule 16.1(f)(4) Stipulations and Agreements | August 26, 2025 | January 26, 2026 |

| Plaintiff's Counsel to provide Proposed Pretrial Order | September 2, 2025 | February 3, 2026 |
|---|---|---|
| Final Pretrial Order and Rule 26(a)(e) Pretrial Disclosures | September 9, 2025 | February 10, 2026 |
| Final Pretrial Conference | September 17, 2025 at 1:30 p.m. | February 18, 2026 at 1:30 p.m. |

All other guidance in the Scheduling Order remain unchanged.

**IT IS SO ORDERED.**

Dated:  January 23, 2025

Honorable Michael S. Berg
United States Magistrate Judge